**SETON HALL UNIVERSITY SCHOOL OF LAW**
**SETTLEMENT CONFERENCE ADVOCACY PROGRAM**
One Newark Center, Office 428
Newark, New Jersey 07102



June 18, 2025

<u>*Via Electronic Case Filing*</u>
Hon. Andre M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street, Room 2037
Newark, New Jersey 07102

    Re:    Request to Adjourn Telephone Status Conference
            *Figueroa, et al. v. NJ Department of Corrections, et al.*, 2:24-cv-07781 (SDW)(AME)

Your Honor:

By appointment of the Court, the Seton Hall University School of Law Settlement Conference Advocacy Program ("Seton Hall") represents 23 currently or formerly incarcerated plaintiffs in the above-captioned matter for the limited and exclusive purpose of court-annexed settlement.

The plaintiffs do not reside at a uniform facility. Seton Hall expresses gratitude to defense counsel Michael Armstrong for his assistance in coordinating communications logistics to ensure meaningful participation from all plaintiffs.

By text order entered April 30, 2025, the Court calendared a telephonic status conference to commence at 10:30am on Friday, June 20, 2025. Seton Hall requests an adjournment of that conference to afford additional time in which to speak with the plaintiffs regarding our limited-scope, *pro bono* legal services.

This is the first such request.

Seton Hall thanks the Court for its consideration of this application.

                                     Respectfully submitted,

                                     /s <u>David Michael White</u>
                                       David Michael White, Esq.
                                       *Pro Bono Supervising Attorney*
                                       Seton Hall School of Law
                                       Settlement Conference Advocacy Program

cc: Michael A. Armstrong, Esq. (Defense Counsel)
    Evan Armstrong, Esq. (Defense Counsel)
    Ian C. Doris, Esq. (Defense Counsel)
    David F. Scheidel II, Esq. (Defense Counsel)
    W. Joseph Salvador, Esq. (Defense Counsel)
    Margaret M. Raymond-Flood, Esq. (Defense Counsel)